# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL 1:06CV266

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Real Property at 142 Allyson Road, #3, )<br>Canton, Haywood County, North )<br>Carolina, Described in Deed Book 436, )<br>Page 223, of the Haywood County, )<br>North Carolina, Public Registry )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | **JUDGMENT BY DEFAULT,<br>ENTRY OF JUDGMENT, AND<br>FINAL JUDGMENT OF FORFEITURE** |

**THIS MATTER** is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(b)(1)(C) against the Defendant property.

For the reasons stated in the Motion and no response being necessary,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTY:**

**Real Property at 142 Allyson Road, #3, Canton, Haywood County, North Carolina, Described in Deed Book 436, Page 223, of the Haywood County, North Carolina, Public Registry**

is hereby **GRANTED** and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

    2. Any and all right, title and interest of all persons in the world in or to the Defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

    3. The United States Marshal is hereby directed to dispose of the forfeited Defendant property as provided by law.

Signed: December 10, 2007

Lacy H. Thornburg
United States District Judge